# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE KORDASIEWICZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-04097-BLF<br><br>**ORDER SETTING DEADLINE OF NOVEMBER 7, 2017 FOR DISMISSAL OR STATUS UPDATE RE SETTLEMENT** |

On September 7, 2017, Plaintiff notified the Court that she has reached settlement with both defendants in this action, Bank of America, N.A., and Equifax, Inc. Plaintiff shall dismiss this action or file a status update re settlement on or before November 7, 2017.

**IT IS SO ORDERED.**

Dated: October 24, 2017

_____
BETH LABSON FREEMAN
United States District Judge