Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Monique Kordasiewicz

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE KORDASIEWICZ,<br><br>           Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., ET AL.,<br><br>           Defendants. | Case No.: 5:17-cv-04097-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Monique Kordasiewicz and defendant Bank of America, N.A. that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER -1-

| | | |
|---|---|---|
| DATED: November 29, 2017 | | **Sagaria Law, P.C.** |
| | By: | _/s/ Elliot Gale_ |
| | | Elliot Gale |
| | | Attorney for Plaintiff Monique Kordasiewicz |

| | | |
|---|---|---|
| DATED: November 29, 2017 | | **McGuireWoods, LLP** |
| | By: | _/s/ Anthony Q. Le_ |
| | | Anthony Q. Le |
| | | Attorney for Defendant Bank of America, N.A. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Q. Le has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____                    _____
                                          Hon. Beth Labson Freeman
                                          UNITED STATES DISTRICT JUDGE